UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **MELISSA ANDRADE,** )<br>                **Plaintiff,** )<br>**v.** )<br>                )<br>**COMMISSIONER OF SOCIAL SECURITY,** )<br>**sued as Michael J. Astrue,** )<br>                )<br>                **Defendant.** ) | Case No.  08-2104 |

## REPORT AND RECOMMENDATION

In August 2007, Administrative Law Judge Kenneth E. Stewart ("ALJ") denied Plaintiff Melissa Andrade's application for disability insurance benefits and supplemental security income. The ALJ found that Plaintiff was not entitled to benefits because she could still perform her past relevant work.

In April 2008, Plaintiff filed a Complaint (#3) against Defendant, Michael Astrue, Commissioner of Social Security, seeking review of the ALJ's decision to deny her disability benefits and supplemental security income. In October 2008, Plaintiff filed a Motion for Summary Judgment (#12). In January 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#16).

After reviewing the record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgment (#12) be denied. Consistent with the Court's reasoning in the Report and Recommendation denying motion (#12), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#16)** be **GRANTED**.

ENTER this 2nd day of July, 2009.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE