UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MELISSA ANDRADE, | ) | |
| | ) | |
| Plaintiff, | ) | 08-2104 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The plaintiff, Melissa Andrade ("Andrade") suffers from depression, anxiety disorder, diabetes, diarrhea and rectal urgency. In March 2005, she applied for social security disability benefits. A hearing was held in March 2007, and in August 2007, the Administrative Law Judge ("ALJ") rejected Andrade's request for benefits. She filed a request for review which was denied in February 2008. Andrade sought further review by filing a complaint with this court.

On July 2, 2009, Magistrate Judge David G. Bernthal issued two reports and recommendations, recommending that Andrade's motion for summary judgment or remand be denied, and that the defendant's motion for an order affirming the Commissioner's decision be granted. Andrade has filed a timely objection to Judge Bernthal's reports and recommendations.

The court has carefully reviewed Judge Bernthal's recommendations and Andrade's detailed argument of perceived errors by both the ALJ and Judge Bernthal. The court need not address each of Andrade's objections because Judge Bernthal carefully and thoroughly addressed the important points in his well-reasoned report and recommendation.

Therefore, the court accepts Judge Bernthal's report and recommendation [18]. The plaintiff's motion for summary judgment or remand [12] is denied. The court also accepts Judge Bernthal's report and recommendation [19] and grants the defendant's motion for an order affirming the Commissioner's decision [16]. It is so ordered.

This case is terminated.

Entered this 24th day of August, 2009.

**s/Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE